PROB 12C
(6/16)

Report Date: September 8, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Venable | Case Number: 0980 4:22CR06027-SMJ-1 |
| Address of Offender: ▇▇▇▇▇▇ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer: The Honorable Robert E. Jones, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: February 2, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute Methamphetamine; to Use Communication Facilities in Furtherance of the Conspiracy; and to Maintain Places to Manufacture and Distribute Controlled Substances, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog |
| | Date Supervision Commenced: July 30, 2021 |
| Defense Attorney: | TBD |
| | Date Supervision Expires: July 29, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On August 31, 2021, a probation officer met with Mr. Venable and his conditions of supervision were reviewed. Mr. Venable signed his judgment acknowledging an understanding of his conditions and requirements. A copy of his signed judgment was also provided to him. A transfer of jurisdiction was completed from the District or Oregon to the Eastern District of Washington on June 14, 2022.

On June 10, 2022, Mr. Venable was referred to Merit Resource Services (Merit) for outpatient treatment and random drug testing. Mr. Venable was instructed to call the Merit color line Monday through Friday and report when the color brown was called.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods. |
| | **Supporting Evidence**: Mr. Venable is considered in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about July 21, 2022. |

Prob12C
**Re: Venable, Jason**
**September 8, 2022**
**Page 2**

On July 21, 2022, Mr. Venable reported to Merit and submitted to a drug test. The test was presumptive positive for methamphetamine and Mr. Venable denied use. The sample was sent to Abbott, the national laboratory, and it was confirmed positive for methamphetamine on August 4, 2022.

2    **Special Condition # 2**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.

**Supporting Evidence**: Mr. Venable is considered in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about August 3, 18, and 25, 2022.

On August 3, 18, and 25, 2022, Mr. Venable reported to Merit and submitted to drug tests. The tests were presumptive positive for methamphetamine. The samples were sent to Abbott, the national laboratory, and all were confirmed positive for methamphetamine on August 9 and 27, 2022; and September 4, 2022, respectively.

3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Venable is considered in violation of his term of supervised release by being arrested for burglary on or about September 3, 2022.

According to the Pasco Police Department incident report, on or about September 3, 2022, officers were dispatched to a burglary suspect in a neighborhood. An unoccupied vehicle registered to Jason Venable was located in the area, and in the back seat a crow bar, flash lights and other tools were observed.

Several witnesses in the neighborhood observed a male running through the neighborhood. Witnesses provided identifying information and the direction the male was running to the officers . Officers observed the suspected male, later identified as Mr. Venable, after he was seen jumping a fence behind 10002 Argent Road and attempting to steal a bicycle from the yard. An officer was able to cut off his escape path and Mr. Venable threw down the bike and started running east across Road 100. He was ordered to stop, but he continued running. An officer was able to catch him and pull him to the ground as he crossed a grass median near The Vine Church. Mr. Venable initially resisted, but was eventually handcuffed. Mr. Venable was yelling for help as he was running from the officers and continued to yell for help while handcuffed. He stated he could not breathe and wanted the officer to let him go. Mr. Venable was placed in a sitting position, his breaths were controlled and regular, and he did not appear to need medical assistance.

Mr. Venable was pat searched and found with an envelope containing about $2,000 in cash, and an additional three wallets on his person. He was read his Miranda Rights and agreed to speak to the officers. He stated he found the wallets while he was out running and thought he would try to find the owners and return them. He also indicated the cash was from selling a truck, but he did not provide further details. Mr. Venable advised he was in the neighborhood because he was visiting a female prostitute who was his friend that lived in the area. He denied he was paying for her for sex and did not know her address.

Prob12C
Re: Venable, Jason
September 8, 2022
Page 3

Witnesses were able to positively identify Mr. Venable as the male seen earlier running through the neighborhood.  The property owner of the bicycle confirmed Mr. Venable took the bicycle from the property without permission.  A no contact order was issued for the victim of the stolen bicycle. Two of the wallets located on his person were found to belong to individuals who were contacted and advised their wallets were in their trucks and had been stolen. Mr. Venable was charged in Franklin County Superior Court, case 22-1-50444-6, and he remains in custody with a $25,000 bond.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/08/2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

09/08/2022
Date