PROB 12C  
(6/16)

Report Date: May 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Venable                                    Case Number: 0980 4:22CR06027-SAB-1

Address of Offender:                Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Robert E. Jones, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 2, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Methamphetamine; to Use Communication Facilities in Furtherance of the Conspiracy: and to Maintain Places to Manufacture and Distribute Controlled Substances, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (01/17/2023) | Prison - time served (2 days) TSR - 42 months (exp:7/29/26) |
| Asst. U.S. Attorney: | David M. Herzog |
| | Date Supervision Commenced: January 17, 2023 |
| Defense Attorney: | Nick Mirr |
| | Date Supervision Expires: July 29, 2026 |

## PETITIONING THE COURT

To issue a summons.

On August 31, 2021, a probation officer met with Mr. Venable and his conditions of supervision were reviewed. Mr. Venable signed his judgment acknowledging an understanding of his conditions and requirements. A copy of his signed judgment was also provided to him. A transfer of jurisdiction was completed from the District or Oregon to the Eastern District of Washington on June 14, 2022.

On February 1, 2023, the undersigned met with Mr. Venable and reviewed his conditions of supervision. Mr. Venable signed his revocation judgement acknowledging an understanding of his conditions and he was provided a copy of the signed document.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Venable, Jason
May 1, 2023
Page 2

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by using a controlled substance, methamphetamine, between February 4 to 12, 2023.

Mr. Venable contacted this officer on February 7, 2023, advising he had relapsed and used methamphetamine over that weekend, February 4-5, 2023. Mr. Venable again contacted this officer on February 14, 2023, advising that he relapsed again and used over the weekend on February 12, 2023.

2   **Special Condition # 2**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by failing to complete inpatient treatment on or about March 16, 2023.

Mr. Venable entered inpatient substance abuse treatment at The Center for Alcohol and Drug Treatment (The Center) on March 13, 2023. This officer was contacted by The Center staff on March 17, 2023, advising Mr. Venable left against The Center's advise on March 16, 2023, around 10 p.m.

3   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by using a controlled substance, methamphetamine, between March 1 to 13, 2023.

After Mr. Venable left The Center on March 16, 2023, this officer contacted him by phone on March 17, 2023. He advised he left inpatient due to The Center's expectations of his treatment participation. Mr. Venable admitted he was going through withdrawals while at the facility, as he had been using methamphetamine heavily the past month and up until he entered treatment at The Center, and he could not attend groups as all he wanted to do was sleep.

4   **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with simple assault domestic violence on or about March 8, 2023.

According to the Pasco Police Department incident information, on March 8, 2023, at approximately 9:54 a.m., an officer was dispatched to a reported domestic assault that had just occurred at the Starlite Motel, room #14. Dispatch also advised an officer was there the previous evening for a similar call. Upon arriving, the officer contacted two females in the room. One female, M.M., had a laceration above her right eye. She disclosed her boyfriend, Jason Venable, had pushed her to the ground the previous night causing her to cut her eye, and he caused the cut to reopen on this date by grabbing the top of her head. She also advised the police were called the previous night, but she lied to them so he would not be arrested. The other female, J.S., said she heard M.M. scream for help this morning and she entered the room. She let M.M. use her phone to call 911, while Mr. Venable was standing outside. Once he learned they called the police, he left the motel.

Prob12C
Re: Venable, Jason
May 1, 2023
Page 3

|   |   |
|---|---|
|   | A short time later, dispatch received a call from Mr. Venable who indicated his girlfriend was cutting herself and threatened to blame him for it. He agreed to meet an officer at the Fiesta Foods store; however, before that occurred, another officer located Mr. Venable driving his car and conducted a stop. Mr. Venable was detained without incident. As the officer was securing the handcuffs, Mr. Venable stated that M.M. had hit her head against a television on purpose. He explained she was suicidal and threatened to have him arrested because he was trying to leave her. He was booked in the Franklin County Jail for simple assault domestic violence, Pasco Municipal Court case 3A0255440, and was released on personal recognizance the next day. A no contact order against Mr. Venable for M.M. was issued, which remains active. |
| 5 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by failing to notify the probation officer within 72 hours (on or before March 11, 2023), after being arrested by law enforcement on March 8, 2023.<br><br>As noted in alleged violation #4, Mr. Venable was arrested on March 8, 2023, by a Pasco police officer for a simple assault domestic violence incident. Mr. Venable contacted this officer on March 8, 2023, at 10:56 a.m., to advise his ex-girlfriend was cutting herself because he was going to break up with her. He advised she called the police, but he was not arrested. Mr. Venable was arrested later that same day and charged with the assault. He was released the following day, and did not advise the undersigned of his arrest or new charge. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 1, 2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

5/2/2023
Date