PROB 12C
(6/16)

Report Date: May 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Venable                     Case Number: 0980 4:22CR06027-SAB-1

Address of Offender:                    Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Robert E. Jones, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 2, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute Methamphetamine; to Use Communication Facilities in Furtherance of the Conspiracy; and to Maintain Places to Manufacture and Distribute Controlled Substances, 21 U.S.C. § 846 and 841(a)(1) | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (01/17/2023) | Prison - time served (2 days) TSR - 42 months (exp:7/29/26) | | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: | January 17, 2023 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | July 29, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/2/2023.

On August 31, 2021, a probation officer met with Mr. Venable and his conditions of supervision were reviewed. Mr. Venable signed his judgment acknowledging an understanding of his conditions and requirements. A copy of his signed judgment was also provided to him. A transfer of jurisdiction was completed from the District or Oregon to the Eastern District of Washington on June 14, 2022.

On February 1, 2023, the undersigned met with Mr. Venable and reviewed his conditions of supervision. Mr. Venable signed his revocation judgement acknowledging an understanding of his conditions and he was provided a copy of the signed document.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with second degree burglary, which occurred on or about September 3, 2022.

According to the amended information filed in Franklin County Superior Court for case 22-1-50444-11, on or about September 3, 2022, Mr. Venable intended to commit a crime against a person or property by entering and remaining unlawfully in a building located at 10002 Argent Road, Pasco, Washington, all in violation of Revised Code of Washington (RCW) 9A.52.030, a Class B felony.

According to the Pasco Police Department incident report, on or about September 3, 2022, officers were dispatched to a burglary suspect in a neighborhood. An unoccupied vehicle registered to Jason Venable was located in the area, and in the back seat a crow bar, flash lights and other tools were observed.

Several witnesses in the neighborhood observed a male running through the neighborhood. Witnesses provided identifying information and the direction the male was running to the officers. Officers observed the suspected male, later identified as Mr. Venable, after he was seen jumping a fence behind 10002 Argent Road and attempting to steal a bicycle from the yard. An officer was able to cut off his escape path and Mr. Venable threw down the bike and started running east across Road 100. He was ordered to stop, but he continued running. An officer was able to catch him and pull him to the ground as he crossed a grass median near The Vine Church. Mr. Venable initially resisted, but was eventually handcuffed. Mr. Venable was yelling for help as he was running from the officers and continued to yell for help while handcuffed. He stated he could not breathe and wanted the officer to let him go. Mr. Venable was placed in a sitting position, his breaths were controlled and regular, and he did not appear to need medical assistance.

Mr. Venable was pat searched and found with an envelope containing about $2,000 in cash, and an additional three wallets on his person. He was read his Miranda Rights and agreed to speak to the officers. He stated he found the wallets while he was out running and thought he would try to find the owners and return them. He also indicated the cash was from selling a truck, but he did not provide further details. Mr. Venable advised he was in the neighborhood because he was visiting a female prostitute who was his friend that lived in the area. He denied he was paying for her for sex and did not know her address.

Witnesses were able to positively identify Mr. Venable as the male seen earlier running through the neighborhood. The property owner of the bicycle confirmed Mr. Venable took the bicycle from the property without permission. A no contact order was issued for the victim of the stolen bicycle. Two of the wallets located on his person were found to belong to individuals who were contacted and advised their wallets were in their trucks and had been stolen.

7    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with second degree possession of stolen property, which occurred on or about September 3, 2022.

Prob12C
**Re: Venable, Jason**
**May 25, 2023**
**Page 3**

According to the amended information filed in Franklin County Superior Court for case 22-1-50444-11, on or about September 3, 2022, Mr. Venable knowingly possessed a stolen access device, a fuel card, belonging to S.C. and the McGregor Company, knowing that it was stolen and withheld the property from the true owner, all in violation of RCW 9A.56.140(1) and 9A.56.160(1)(c), a Class C felony.

See violation #6 for summary of details.

8    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with second degree vehicle prowling, which occurred on or about September 3, 2022.

According to the amended information filed in Franklin County Superior Court for case 22-1-50444-11, on or about September 3, 2022, Mr. Venable entered or remained unlawfully in a vehicle, a 2016 Chevy Silvarado truck, located at 10031 Locust Lane, Pasco. This is the third or subsequent conviction for vehicle prowling, all in violation of RCW 9A.52.100(3) a Class C felony.

See violation #6 for summary of details.

9    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with second degree possession of stolen property, which occurred on or about September 3, 2022.

According to the amended information filed in Franklin County Superior Court for case 22-1-50444-11, on or about September 3, 2022, Mr. Venable knowingly possessed stolen property, to-wit: $2,000 cash, knowing that it was stolen and withheld from the true owner, A. C-R., all in violation of RCW 9A.56.140(1) and 9A56.160(a)(a), a Class C felony.

See violation #6 for summary of details.

10    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Jason Venable is considered in violation of his term of supervised release by being charged with possessing a stolen motor vehicle, which occurred on or about July 21, 2022.

According to the information filed in Franklin County Superior Court for case 22-1-50461-11, on or about July 21, 2022, Mr. Venable did knowingly possess a stolen motor vehicle, to wit: a 2019 GMC Yukon Denali (WA License # BNZ8836), knowing it was stolen and withheld from the true owner, K.C.R., all in violation of RCW 9A.56.140(1) and 9A.56.068, a Class B felony.

According to the probable cause affidavit filed on July 22, 2022, a PPD officer was dispatched to a report of a stolen vehicle, a black 2019 Yukon Denali valued at about

Prob12C
Re: Venable, Jason
May 25, 2023
Page 4

$40,000. The vehicle was stolen from 6116 West Court Street in Pasco. The owner, K.C.R., indicated it was stolen between 11 p.m. on July 21, 2022, to 7 a.m., on July 22, 2022, from his driveway. The officer contacted Onstar and was told the vehicle was currently parked at 827 South 8th Avenue in Pasco. PPD officers arrived at the location and found Jason Venable with the front driver's door open and he was partially inside the vehicle. Mr. Venable removed items from the vehicle to his vehicle that was parked across the street. When he saw the officers arriving, he fled on foot and could not be located. The keys to the Yukon were on the front driver's seat.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/25/2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/25/2023
Date