PROB 12C
(6/16)

Report Date: June 13, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Venable	Case Number: 0980 4:22CR06027-SAB-1

Address of Offender: Last known: 1313 Road 54, Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Robert E. Jones, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 2, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Methamphetamine; to Use Communication Facilities in Furtherance of the Conspiracy; and to Maintain Places to Manufacture and Distribute Controlled Substances, 21 U.S.C. §§ 846 and 841(a)(1) |
| Original Sentence: | Prison - 120 months; TSR - 60 months |
| Revocation Sentence: (01/17/2023) | Prison - time served (2 days) TSR - 42 months (exp:7/29/26) |
| Asst. U.S. Attorney: | David Herzog |
| Defense Attorney: | Craig Webster |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 17, 2023

Date Supervision Expires: July 29, 2026

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/2/2023 and 5/25/2023.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number	Nature of Noncompliance

11	**Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Venable is considered to be in violation of his term of supervised release by being charged and arrested for unlawful delivery of controlled substances and conspiracy to deliver controlled substances on June 9, 2023.

According to the probable cause affidavit filed in Franklin County Superior Court on June 9, 2023, probable cause was found to charge Mr. Venable with count 1, Unlawful Delivery of a Controlled Substance, a violation of Revised Code of Washington (RCW) 69.50.401(1), (2)(a), a Class B felony; count 2, Conspiracy to Deliver a Controlled Substance, in violation of RCW 69.50.401(1), (2)(a), and 69.50.407, a Class B felony; and count 3: Second Degree Introducing Contraband, a violation of RCW 9A.76.150, a Class C felony.

Prob12C
Re: Venable, Jason
June 13, 2023
Page 2

The investigation revealed that on January 31, 2023, an inmate at the Franklin County Jail, G.J., received a letter that had sublingual films of suboxone. G.J.'s jail phone calls were reviewed and the officer found that G.J. had been calling the phone number 509-312-7094, 6 separate times over a 9-day period in early May 2023. In a call on May 2, 2023, G.J. spoke to the male about getting narcotics into the Franklin County Jail. From the conversation, it was apparent both had moved narcotics into the jail together before as G.J. asked the male if he wanted to start doing that again. The phone number was later determined to be that of Mr. Venable.

Mr. Venable's phone number was subsequently searched in the Franklin County inmate phone system log and 20 separate calls dating back to January 11, 2023, were found from his number. Of these calls, 18 were between G.J. and Mr. Venable discussing mailing narcotics into the jail through the U.S. mail. During the calls, they discussed when letters were to be mailed and received, the condition of suboxone at receipt, payment for the suboxone, and about G.J. moving the suboxone to other inmates inside the jail.

During one call, they discussed how Mr. Venable would be reimbursed for the narcotics and G.J. suggested using Cash App. Mr. Venable agreed, identified himself by name and provided his Cash App tag to G.J. over the phone. Mr. Venable also received a payment from G.J. on January 20, 2023, when G.J. released $60 from his jail property directly to Mr. Venable.

Between January 11, and February 5, 2023, three calls were confirmed as narcotic transactions when G.J. confirmed receiving the letters with the narcotics, and indicated he was selling pieces for as much as $70 to other inmates.

On June 9, 2023, a Franklin County sheriff's deputy observed Mr. Venable walking out of the Starlite Motel in Pasco, Washington. Mr. Venable entered his vehicle and drove away from the location. A traffic stop was conducted and Mr. Venable was arrested without incident. The pending charges were filed in Franklin County Superior Court cause number 23-1-50246-11.

12  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Venable is considered to be in violation of his term of supervised release by being charged and arrested on June 9, 2023, for introducing contraband to a local jail.

Please see supporting evidence in violation #11 for details.

13  **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Venable is considered to be in violation of his term of supervised release by failing to comply with substance abuse treatment between May 30, and June 8, 2023.

Prob12C
**Re: Venable, Jason**
**June 13, 2023**
**Page 3**

Mr. Venable completed inpatient treatment at American Behavioral Health Systems on May 1, 2023. Upon release he was to begin intensive outpatient treatment (IOP) at Merit Resource Services (Merit). He procrastinated and did not immediately start IOP after inpatient; however, he finally contacted Merit and was to attend IOP on Tuesdays, Wednesdays, and Thursdays.

On May 29, 2023, Mr. Venable advised this officer via a text message that he injured his knee on May 28, 2023, and went to the hospital. At that time, he noted he was able to drive his vehicle, but not long distances, and he could not attend his scheduled revocation hearing set for May 30, 2023, in Yakima, Washington. This officer instructed Mr. Venable to also contact Merit and advise them of his injury.

Merit staff advised this officer that Mr. Venable notified them on May 29, 2023, of the injury and was instructed to provide them with documentation. This officer advised Merit staff that Mr. Venable, although injured, was able to drive. Mr. Venable failed to attend IOP on May 30, 31, and June 1, 2023, as scheduled. As of June 5, 2023, attempts by Merit staff to contact him by phone were unsuccessful; however, he emailed his counselor the same documentation he had provided this officer from his visit to the hospital, which did not prevent Mr. Venable from driving to his classes.

Mr. Venable advised this officer on June 4, 2023, that he had re-injured his knee when he slipped in the shower, and could no longer put weight on it or drive. He did not provide any further documentation verifying the re-injury or his inability to drive. Ultimately, it was revealed Mr. Venable was not being truthful, as he was able to walk and drive, and was seen driving by a Franklin County Sheriff's deputy the week of June 5, 2023. Mr. Venable was subsequently arrested for new drug charges on June 9, 2023, after he was seen walking out of the Starlite Motel and driving his car.

14   **Standard Condition#4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Venable is considered to be in violation of his term of supervised release by not being truthful with his probation officer from May 29, to June 9, 2023.

As noted in violation #13, on June 4, 2023, Mr. Venable advised this officer via a text message that he re-injured his knee when he slipped in the shower. He indicated he had to stay off the leg, and could not drive. Mr. Venable was not being truthful, as he was able to walk and drive, and was seen driving by a Franklin County Sheriff's deputy the week of June 5, 2023. Mr. Venable was subsequently arrested for new drug charges on June 9, 2023, after he was seen walking out of the Starlite Motel and driving his car.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 13, 2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
**Re: Venable, Jason**
**June 13, 2023**
**Page 4**

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/13/2023
Date